AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Malibu Media, LLC

V.

Patrick Daly

CASE NUMBER: 1:14-cv-05245

ASSIGNED JUDGE: Ruben Castillo

DESIGNATED MAGISTRATE JUDGE: Maria Valdez

TO: (Name and address of Defendant)

Patrick Daly
7125 Oconnell Drive, Apt. 101
Chicago Ridge, IL 60415

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mary K. Schulz, Esq.
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

January 15, 2015
DATE

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Illinois

Case Number: 1:14-CV-05245

Plaintiff:
**Malibu Media, LLC**
vs.
Defendants:
**Patrick Daly**

For:
Schulz Law, P.C.

FRS2015000324

Received by Front Range Legal Process Service, Inc. to be served on **Patrick Daly, 7125 Oconnell Drive, Apt. 101, Chicago Ridge, IL 60415**. I, Joseph Wachowski, being duly sworn, depose and say that on the 25st day of January, 2015 at 3:13 p.m., executed service by delivering a true copy of the **Summons in a Civil Case; Amended Complaint; Exhibits** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.
( ) SUBSTITUTE SERVICE: By Serving _____ as _____
( ) POSTING _____
( ) DESCRIPTION ) Age 49 Sex M Race White Height 5'10" Weight 200 Hair grey Glasses ___
( ) NON SERVICE: See Comments

COMMENTS: _____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 2ND day of FEBRUARY, 2015 by the affiant who is personally known to me.

_Linda Wachowski_
NOTARY PUBLIC

**OFFICIAL SEAL**
**LINDA E WACHOWSKI**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/10/15

_Joseph Wachowski_
PROCESS SERVER # 115.002440
Appointed in accordance with State Statutes

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2015000324
Ref: NIL345-1

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

90155